# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>NANDANG LADEP GWAMZHI | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 09-1456 TMD |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Or about July 14, 2008 in the District of Maryland and elsewhere, the defendant, NANDANG LADEP GWAMZHI, did knowingly make a material false statement in a document required by the immigration laws or regulations under oath (to wit, in an Application for Permanent Employment Certification for B.A., a false statement that the business "L.S. Furnishings" was begun in 2007), knowing that the statement was false when it was made (visa fraud, 18 U.S.C. § 1546(a))

I further state that I am a <u>Special Agent, Department of State Office of Inspector General</u> and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ YES ☐ NO

_____
Special Agent Maya Clark
Department of State, Office of Inspector General

Sworn to before me and subscribed in my presence, on

<u>April 24, 2009</u> at Greenbelt, Maryland
Date

_Thomas M. DiGirolamo_
United States Magistrate Judge

_Thomas M. DiGirolamo_
Signature of Judicial Officer

**THOMAS** M. DiGIROLAMO
**U.S. MAG**ISTRATE JUDGE